IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02079-WYD-BNB

TAMMY BROWN,

Plaintiff,

v.

THE BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 1, and
KITTY KENNEDY,
JOYCE BALES, and
GREG SINN, in their individual capacities,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion to Amend Complaint** [Doc. # 25, filed 1/30/06] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept for filing the plaintiff's Second Amended Complaint and Jury Demand submitted with the Motion.

IT IS FURTHER ORDERED that the defendants shall respond to the Second Amended Complaint and Jury Demand within 10 days of this order.

Dated January 31, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge