IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02079-WYD-BNB

TAMMY BROWN,

Plaintiff,

v.

THE BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 1, and
KITTY KENNEDY,
JOYCE BALES, and
GREG SINN, in their individual capacities,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Amended Joint Motion for Extension of Discovery Cut-Off for Limited Purposes** [docket no. 42, filed July 18, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Discovery Cut-Off: **August 11, 2006**;
Dispositive Motion Deadline: **September 11, 2006**.

DATED:  July 18, 2006