IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02079-WYD-BNB

TAMMY BROWN,

Plaintiff,

v.

THE BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 1, and
KITTY KENNEDY,
JOYCE BALES, and
GREG SINN, in their individual capacities,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion for Extension of Time to File Dispositive Motions** [Doc. # 49, filed 8/24/2006 (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED, and the dispositive motion deadline is extended to and including **September 25, 2006**.

IT IS FURTHER ORDERED that the final pretrial conference set for October 27, 2006, at 9:00 a.m., is VACATED and RESET to **October 27, 2006,at 1:30 p.m.**

IT IS FURTHER ORDERED that a settlement conference is set for **October 27, 2006, immediately following the final pretrial conference**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  *Pro se* parties, attorneys,

and client representatives with full authority to settle the case must be present at the conference in

person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an

insurance company is involved, an adjustor with full authority to enter into a settlement also must

be present at the conference in person.)  Each party shall submit a confidential settlement

statement to my chambers only on or before **October 20, 2006**, outlining the facts and issues in

the case and containing a specific offer of compromise, including a dollar amount the party will

accept or pay in settlement and any other essential terms of a settlement.

Dated August 28, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge