IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02079-WYD-BNB

TAMMY BROWN,

Plaintiff,

v.

THE BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 1, and
KITTY KENNEDY,
JOYCE BALES, and
GREG SINN, in their individual capacities,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record. Consistent with matters discussed this afternoon:

IT IS ORDERED that the parties will exchange and submit to the court revised exhibit lists on or before **November 10, 2006**; will provide copies of listed exhibits to opposing counsel on or before **November 17, 2006**; and will file and serve the objections contemplated by Fed. R. Civ. P. 26(a)(3) on or before **December 8, 2006**. The Rule 26(a)(3) objections shall be filed with the Clerk of the Court and served on opposing counsel by hand delivery, facsimile, or by agreed-to electronic means. I anticipate entering the final pretrial order after I have had an opportunity to review the revised exhibit lists to determine that they are consistent with the matters discussed at the pretrial hearing this afternoon.

Dated October 27, 2006.

             BY THE COURT:

             s/ Boyd N. Boland
             United States Magistrate Judge