IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02079-WYD-BNB

TAMMY BROWN,

      Plaintiff,

v.

THE BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 1;
KITTY KENNEDY;
JOYCE BALES; and
GREG SINN, in their individual capacities,

      Defendants.

## ORDER

THIS MATTER comes before the Court on my order that Plaintiff and Defendants shall show cause in writing why the Court should not order an evidentiary hearing regarding the Colorado Governmental Immunity Act ["CGIA"] notice requirement.  Both the Plaintiff and the Defendants filed responses to the Order to Show Cause.  After reviewing those responses and the file in this case, I find that there are factual disputes regarding the timeliness of the notice under the CGIA.  Therefore, an evidentiary hearing is appropriate under *Trinity Broad. of Denver, Inc. v. City of Westminster*, 848 P.2d 916 (Colo. 1993).  I will also hear argument on the issue of qualified immunity.  Accordingly, it is

      ORDERED that an evidentiary hearing on both the issues of the CGIA and qualified immunity is set for **Friday, December 1, 2006, at 1:30 p.m.**

Dated: November 15, 2006

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge