**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: December 1, 2006 |
| E.C.R./Reporter: Kara Spitler | |

_____

| | |
|---|---|
| Civil Action No: **05-cv-02079-WYD-BNB** | Counsel: |
| **TAMMY BROWN**, | Cathy L. Cooper |
| Plaintiff, | |
| v. | |
| **BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 60**, | Alexander Halpern<br>Michelle A. Murphy |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**EVIDENTIARY HEARING ON ISSUES OF CGIA AND QUALIFIED IMMUNITY**

**1:45 p.m.**    Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendants' Motion to Dismiss in Part (#12 - 12/2/05) and Defendants' Motion for Summary Judgment (#54 - 9/25/06) are raised for argument.

1:50 p.m.    Argument by Defendants (Mr. Halpern).

2:04 p.m.    Argument by Plaintiff (Ms. Cooper).

2:16 p.m.    Argument by Defendants (Mr. Halpern).

2:34 p.m.    Argument by Plaintiff (Ms. Cooper).

Judge Wiley Y. Daniel
05-cv-02079-WYD-BNB - Courtroom Minutes

**ORDERED:**   Defendants' Motion to Dismiss in Part (#12 - 12/2/05) is **GRANTED IN PART, DENIED IN PART, and TAKEN UNDER ADVISEMENT IN PART.**

**ORDERED:**   Defendants' Motion for Summary Judgment (#54 - 9/25/06) is **GRANTED IN PART, DENIED IN PART, and TAKEN UNDER ADVISEMENT IN PART.**

**ORDERED:**   Parties shall file supplemental briefs not later than **Wednesday, December 20, 2006.**

2:44 p.m.   Discussion regarding settlement and that the case is likely to go to trial.

**2:45 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:00**