IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02079-WYD-BNB

TAMMY BROWN,

    Plaintiff,

v.

THE BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 1;
KITTY KENNEDY;
JOYCE BALES; and
GREG SINN, in their individual capacities,

    Defendants.

---

**ORDER**

---

THIS MATTER comes before the Court upon a review of the file.  Pursuant to D.C.COLO.LCivR 40.1 and with approval of Chief Judge Edward W. Nottingham, this matter is hereby transferred to Judge David M. Ebel with the understanding that he has agreed to accept a transfer of the case and to start trial on Monday, September 24, 2007.  Accordingly, it is

    ORDERED that this matter is transferred to Judge David M. Ebel.

    Dated:  August 9, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge