IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge David M. Ebel

Civil Action No. 05-cv-02079

TAMMY BROWN,

       Plaintiff,

v.

BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 1; KITTY KENNEDY; JOYCE BALES; and GREG SINN, in their individual capacities,

       Defendants.

---

## ORDER

---

       THIS MATTER comes before the court having been reassigned.

       IT IS HEREBY ORDERED BY JUDGE DAVID M. EBEL:

       The case remains scheduled for a five-day trial to a jury, to begin on Monday, September 24, 2007, at 9:00 a.m. The case will be tried in the U.S. District Courthouse (Byron G. Rogers Courthouse), Courtroom C201, 2d Floor, 1929 Stout Street, Denver, Colorado.

       The Final Trial Preparation Conference is set for Wednesday, September 12, 2007, at 4:00 p.m., also in courtroom C201. The parties are expected to be fully prepared for trial at that time. Lead counsel who will try the case shall attend.

1

The Final Trial Preparation Conference and the trial to a jury will be conducted pursuant to my general procedures set forth on the District of Colorado website.  This court adopts all orders previously entered in this case.

Dated: August 14, 2007

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE