IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge David M. Ebel

Civil Action No. 05-cv-02079

TAMMY BROWN,

        Plaintiff,

v.

BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 1; KITTY
KENNEDY; JOYCE BALES; and GREG SINN, in their individual capacities,

        Defendants.

---

## ORDER

---

THIS MATTER comes before the court having been advised that the
parties have reached a settlement. The final settlement papers will not be
prepared and executed until after the scheduled trial date.

IT IS HEREBY ORDERED BY JUDGE DAVID M. EBEL:

The Final Trial Preparation Conference scheduled for September 12,
2007, and the Jury Trial scheduled to begin September 24, 2007, are hereby
vacated.

Dated: September 11, 2007

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE

1