IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-02079-DME-BNB

TAMMY BROWN,

Plaintiff,

v.

THE BOARD OF EDUCATION OF PUEBLO SCHOOL DISTRICT NO. 60, and
KITTY KENNEDY,
JOYCE BALES and
GREG SINN,
in their individual capacities,

Defendants.

## ORDER

THIS MATTER COMES BEFORE the Court on the parties' Stipulated Motion for Dismissal With Prejudice. The Court has considered this subject motion and believes itself fully advised.

IT IS ORDERED THAT the stipulated motion of the parties is granted and it is further ordered that this civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), each party to pay their own costs and attorneys' fees.

DATED this 28th day of September, 2007.

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge